

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WARREN LLOYD (#127565)

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

NO. 08-704-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation dated December 2, 2008 (doc. no. 6) and the Supplemental Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger January 15, 2009 (doc. no. 9) to which no objection has been filed.

The court hereby approves the report and recommendations of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e) (2) (B)(ii).

Baton Rouge, Louisiana, this _____ day of February, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE